**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JAMIE MICHAEL ESCALERA, ) | No. CV 08-2475-JHN (PLA) |
| )  Petitioner, ) | |
| )  v. ) | **JUDGMENT** |
| )  LARRY SCRIBNER, Warden, <u>et al.</u>, ) | |
| )  Respondents. ) | |
| _____ ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the amended petition in this matter is denied and dismissed with prejudice.

DATED: January 4, 2011

_____
HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE